# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

SHAYNE KNISS,                                  )
                                               )
      Petitioner,                       )
                                               )
v.                                             )          Case No. CIV-20-1170-SLP
                                               )
BUREAU OF PRISONS,                             )
                                               )
      Respondent.                       )

## O R D E R

Before the Court is the Report and Recommendation [Doc. No. 8] (R&R) of United States Magistrate Judge Amanda Maxfield Green entered January 29, 2021. Judge Green advised Petitioner of his right to object to the R&R and directed any objections be filed on or before February 19, 2021. Judge Green further advised Petitioner that any failure to object would waive Petitioner's right to appellate review of the factual and legal issues addressed in the R&R.

Petitioner has neither filed an objection nor sought an extension of time in which to do so. Therefore, the Court finds that Petitioner has waived further review of all issues addressed in the R&R. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 8] is ADOPTED in its entirety and this action is DISMISSED.

IT IS SO ORDERED this 26th day of February, 2021.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE